**Order entered September 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00607-CV

### PETER BEASLEY, Appellant

### V.

### SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER; JANIS O'BRYAN; AND NELLSON BURNS, Appellees

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-1 8-05278**

## ORDER

Before the Court is appellant's September 11, 2019 second opposed motion for extension

of time to file brief. Because the brief was timely filed, we **DENY** the motion as moot.

/s/    KEN MOLBERG
           JUSTICE